ANNA M. SMITH, Respondent, *v.* RICHARD R. HULL, Appellant.

*Smith* v. *Hull*, 97 App. Div. 228, affirmed.
(Submitted January 30, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1904, in favor of plaintiff, upon the submis-

sion of a controversy under section 1279 of the Code of Civil Procedure.

*William F. Timm* for appellant.

*Franklin Couch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.